# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**BUILDING TRADES UNITED PENSION
TRUST FUND, MILWAUKEE AND SOUTHERN
WISCONSIN DISTRICT COUNCIL OF CARPENTERS
HEALTH FUND, MILWAUKEE AND SOUTHERN
WISCONSIN DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, MILWAUKEE
CARPENTERS JAC FUND, IAP/CA FUND,
WILLIAM ROEHR, JEFFREY DZEIDZIC and
EDWARD HAYDEN,**

          **Plaintiffs,**

  **vs.**                                              **Case No. 05-C-0683**

**J. A. CAMPBELL CONSTRUCTION LLC,**

          **Defendant.**

## ORDER FOR JUDGMENT

Request and application for default judgment brought by the plaintiffs in the above-captioned action were submitted to the Court and filed with the clerk.

The Court, having duly heard all issues and a decision having been duly rendered, orders as follows:

    1.    Defendant J. A. Campbell Construction LLC has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

2. J. A. Campbell Construction LLC violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreement by failing to pay fringe benefit contributions on behalf of its employees to the plaintiffs funds.

3. As a result of Defendant's failure, Plaintiffs are entitled to damages consisting of liquidated damages, interest attorney fees and costs.

4. The court assesses the total damages to the plaintiffs in the sum of $82,546.33.

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of plaintiffs, Building Trades United Pension Trust Fund, Milwaukee and Southern Wisconsin District Council of Carpenters Health Fund, Milwaukee and Southern Wisconsin District Council of Carpenters Vacation Fund, Milwaukee Carpenters JAC Fund, IAP/CA Fund, William Roehr, Jeffrey Dzeidzic and Edward Hayden and against defendant J. A. Campbell Construction LLC in the amount of $82,546.33 together with interest at the rate allowed by law.

Dated this 29th day of August, 2005.

BY THE COURT

s/ Rudolph T. Randa
HON. RUDOLPH T. RANDA
Chief Judge