UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

BUILDING TRADES UNITED PENSION
TRUST FUND, MILWAUKEE AND SOUTHERN
WISCONSIN DISTRICT COUNCIL OF CARPENTERS
HEALTH FUND, MILWAUKEE AND SOUTHERN
WISCONSIN DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, MILWAUKEE
CARPENTERS JAC FUND, IAP/CA FUND,
WILLIAM ROEHR, JEFFREY DZEIDZIC and
EDWARD HAYDEN,

      Plaintiffs,

 vs.             Case No. 05-C-0683

J. A. CAMPBELL CONSTRUCTION LLC,

      Defendant.

---

**ENTRY OF JUDGMENT ON THE DECISION BY THE COURT**

---

  This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

  **IT IS ORDERED AND ADJUDGED** that the plaintiffs, Building Trades United Pension Trust Fund, Milwaukee and Southern Wisconsin District Council of Carpenters Health Fund, Milwaukee and Southern Wisconsin District Council of Carpenters Vacation Fund, Milwaukee Carpenters JAC Fund, IAP/CA Fund, William Roehr, Jeffrey Dzeidzic and Edward Hayden, recover from the defendant J. A. Campbell Construction LLC the sum of $82,546.33 together with interest thereon at the rate that is provided by law.

  Dated at Milwaukee, Wisconsin, this 31st day of August, 2005.

                s/ Sofron B. Nedilsky
                Clerk of Court

                                          s/ Linda M. Zik
                                          Deputy Clerk

Approved as to form this 31st day of August, 2005.

s/ Rudolph T. Randa
U. S. District Court Judge